CHARLES L. ALLERS, Respondent, *v.* OLGA S. ALLERS, Appellant.

*Husband and wife — separation — alimony — counsel fees.*

*Allers* v. *Allers*, 200 App. Div. 838, affirmed.

*Allers* v. *Allers*, 200 App. Div. 839, appeal dismissed.

(Argued April 19, 1923; decided May 11, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 16, 1921, modifying and affirming as modified a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action for a separation by reducing the amount of

alimony allowed to appellant therein. Also appeal from an order of said Appellate Division, entered December 16, 1921, which reversed an order of Special Term granting a motion by defendant, appellant, for an allowance for counsel fees and denied said motion.

*Warren Leslie*, *Harry W. Alden* and *Charles F. Bliss* for appellant.

*Jesse Fuller*, *Jr.*, and *Leo R. Brilles* for respondent.

Appeal from judgment modifying amount allowed as alimony affirmed, without costs; appeal from order reversing order allowing counsel fees and denying motion for such fees dismissed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.